JOSEPH COLETTI v. JAMES TUSCANI.— Motion to dismiss appeal denied, appeal to be heard on the original papers and five typewritten copies of appellant's points on or before January 21, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MORRIS FINKELSTEIN v. ALMY REALTY CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LOUIS KLOSK v. VINCENZO GARGIULO.— Motion to dismiss appeal denied, with leave to renew if appellant do not proceed promptly to perfect the appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LOUISE S. ROSS v. THOMAS D. CONROY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES ARNOLD v. CHRISTINA MAGRUDER and MAX BERENSTEIN, Impleaded, etc.—Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FRANCIS WEAVER v. MANUFACTURERS TRUST COMPANY and Another, as Executors, etc., of GEORGE WEAVER, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JEWEL CARMEN v. FOX FILM CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MORRIS SIMIANSKY, as Surviving Partner, etc., v. WILLIAM P. GOLDMAN & BROS., INC., and ABRAHAM P. LUBELL and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NATHAN FAROVITCH v. COMMERCIAL CASUALTY INSURANCE COMPANY OF NEWARK, N. J.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROCKOWITZ CORSET AND BRASSIERE CORPORATION v. MADAME X CO., INC., and Others.— Motion granted on conditions stated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

KATARYNA LOTOCKA, as Administratrix, etc., of ALEX LOTOCKA, Deceased, v. ELEVATOR SUPPLIES COMPANY and Another.— Motion granted so far as to direct that the two appeals be set down for argument at the same time. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WILLIAM JORING and Another v. PIERCE V. GROOME.— Motion granted and appellant's time to argue this appeal extended until January 4, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ISIDORE SCHEINBERG and Others v. BEATRICE SCHEINBERG, Impleaded, etc.— Motion granted as indicated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BANK OF ITALY, Respondent, v. STEERS & MENKE, INC., Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BANK OF ITALY, Respondent, v. STEERS & MENKE, INC., Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ERSKINE HEWITT, as Substituted Trustee, etc., of PETER COOPER, Deceased,